## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATIE A. BLANCHARD, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 19-2642-KHV-GEB** |
| ) | |
| PASCALE GUIRAND, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE AND ORDER TO SHOW CAUSE

On October 18, 2019, Plaintiff filed the Complaint commencing this personal injury action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346b, and the Military Claims Act, 10 U.S.C. § 2733.  Plaintiff received two extensions of time to serve process on the Defendants.  (Orders, ECF Nos. 6, 8.)  Pursuant to the most recent extension, the service deadline under Fed. R. Civ. P. 4(m) was extended to June 14, 2020.  (ECF No. 8.)

Although several of the named defendants have been served, from a review of the docket it does not appear **Defendants Sashi A. Zickefoose** and **Clifford M. Lovett, II** were served with a summons and Complaint within the time limit required by Rule 4(m) and extended by this Court.   Such time expired on June 14, 2020, and there is no indication of service on these two parties.  The chambers of the undersigned U.S. Magistrate Judge reached out to Plaintiff's counsel by email on July 8, 2020 to inquire regarding the status of these two defendants, but counsel failed to respond.

Therefore, the Court orders Plaintiff to **show cause** in writing to the undersigned United States Magistrate Judge, on or before **August 3, 2020**, why she should not

recommend to the District Judge that the claims against Sashi A. Zickefoose and Clifford M.

Lovett, II be dismissed with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated this 21st day of July, 2020.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge